IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

STEVEN W. HOWARD, :
:
        Petitioner, :
:
VS. : NO. 4:21-CV-00099-CDL-MSH
:
Sheriff GREG COUNTRYMAN, :
:
        Respondent. :
_____ :

## ORDER

*Pro se* Petitioner Steven W. Howard, an inmate at the Muscogee County Jail in Columbus, Georgia, has filed an application for a writ of habeas corpus in this case, seeking relief from his 2017 conviction in the Superior Court of Muscogee County, Georgia for possession of a firearm and possession of marijuana (ECF No. 1). In his application, Petitioner references another habeas corpus petition filed in this Court, Case No. 4:21-cv-00046-CDL-MSH (M.D. Ga. Apr. 1, 2021) ("*Howard I*"). Pet. 2, ECF No. 1. Petitioner repeatedly acknowledges that his petition in *Howard I* is still pending, *id.*, and the petition in *Howard I* appears to challenge the same Muscogee County conviction that is at issue in the above-captioned action, Pet. 1, ECF No. 1 in *Howard I*.

In *Howard I*, Petitioner was ordered to either pay the required filing fee or move to proceed *in forma pauperis* and to supplement his Petition with additional information requested by the Court. *See generally* Order, June 9, 2021, ECF No. 6 in *Howard I*. Given the timing of Petitioner's filing in this case, the Court concludes that the petition and

motion to proceed *in forma pauperis* filed at ECF Nos. 1 and 2 in the above-captioned action constitute Petitioner's response to the Court's June 9, 2021 Order in *Howard I*. The Clerk has now docketed copies of each of these documents in *Howard I*, and the Clerk is further **DIRECTED** to **ADMINISTRATIVELY CLOSE** the above-captioned action so that Petitioner's claims may proceed in *Howard I*.

**SO ORDERED**, this 7th day of July, 2021.

                                                                                S/Clay D. Land
                                                                                CLAY D. LAND
                                                                                U.S. DISTRICT COURT JUDGE
                                                                                MIDDLE DISTRICT OF GEORGIA